```
Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
WEISSLAW LLP
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348
```

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BLAU,<br><br>                     Plaintiff,<br><br>           vs.<br><br>FITBIT, INC., JAMES PARK, ERIC N. FRIEDMAN, LAURA J. ALBER, MATTHEW BROMBERG, GLENDA FLANAGAN, BRADLEY M. FLUEGEL, STEVEN MURRAY, and CHRISTOPHER PAISLEY,<br><br>                     Defendants. | Case No.   3:19-cv-08297-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Martha Blau ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | | |
|---|---|---|
| 1 | Dated: January 8, 2020 | **WEISSLAW LLP**<br>Joel E. Elkins |
| 2 | | |
| 3 | | By: */s/ Joel E. Elkins* |
| 4 | | Joel E. Elkins<br>9107 Wilshire Blvd., Suite 450 |
| 5 | | Beverly Hills, CA 90210<br>Telephone:  310/208-2800 |
| 6 | | Facsimile:   310/209-2348<br>           -and- |
| 7 | | Richard A. Acocelli<br>1500 Broadway, 16th Floor |
| 8 | | New York, NY  10036<br>Telephone: 212/682-3025 |
| 9 | | Facsimile:  212/682-3010 |
| 10 | | |
| 11 | | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL